IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| MICHELLE JUILFS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 2:09-CV-157 |
| ) | DISTRICT JUDGE RONNIE GREER |
| ASSURANCE COMPANY OF ) | MAGISTRATE JUDGE DENNIS H INMAN |
| AMERICA ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, Michelle Juilfs and Defendant Assurance Company of America pursuant to Rule 41 (a)(ii) of the Federal Rules of Civil Procedure, are in agreement and hereby stipulate that this case is dismissed with prejudice.

Respectfully submitted this 21st day of June, 2010.

        s/David J. Hungeling
        David J. Hungeling
        Georgia Bar No. 378417
        Law Office of David J. Hungeling, P.C.
        Peachtree 25th, Suite 599
        1718 Peachtree Street
        Atlanta, Georgia 30309
        Phone: (404) 574-2466
        Fax:  (404) 574-2467
        David@hungelinglaw.com

        ***Counsel for Michelle Juilfs***


        HOWARD, TATE, SOWELL, WILSON,
        LEATHERS & JOHNSON, PLLC

        s/William H. Tate
        William H. Tate
        Tennessee Bar No. 6797
        150 Second Avenue North, Suite 201
        Nashville, Tennessee 37201
        Phone: (615) 256-1125
        Fax: (615) 244-5467
        whtate@howardtatelaw.com

        ***Counsel for Assurance Company of America***

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2010 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/William H. Tate_____
William H. Tate

*Counsel for Assurance Company of America*